# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## 3rd Amended CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Rudolph Henriques _____    CASE # __14-33235 BKC-JKO_____

☐ This document is plan summary.  Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of ___60___ months. In the event the Trustee does not collect the full 10% any portion not collected will be paid to creditors pro-rata under the plan:

A.    $__429.00___ for months ___1__ to __12___ ;

B.    $__418.00___ for months __13__ to __60___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 4,500.00  TOTAL PAID $ __1,500.00___
Balance Due    $__3,000.00___ payable $__250.00___/month (Months _1__ to __12__ )
(Motion to Value Space Coast $500.00)
(Motion to Value Summit Financial $500.00)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan:

1._____    Arrearage on Petition Date $_____
Arrears Payment   $_____/month (Months _____ to _____)
Regular Payment  $_____/month (Months _____ to _____)

**IF YOU ARE A CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO br 7004 AND lr 3015-3.**

| Secured Creditor | Value Collateral | Interest | Plan Payments | Months of Payments | | tal Plan Payments |
|---|---|---|---|---|---|---|
| Summit Financial | $ 8,743.66 | 6.00% | $ 80.00 | 1 | To 12 | total plan $ 9,600.00 |
| acc# xxxx-6239 | 2009 Toy Camry | | $ 180.00 | 13 | To 60 | |
| Secured Creditor | Value Collateral | Interest | Plan Payments | Months of Payments | | Total Plan Payments |
| Space Coast Credit | $ 2,898.64 | 6.00 % | $ 60.00 | 1 | To 60 | total plan $ 3,600.00 |
| Acc# 9357212221 | 2007 Carrolla | | | | | |

Priority Creditors:  [defined in 507]

1._____    Total Due $_____
Payable    $_____/month (months _____ to _____)

Unsecured Creditors:    Pay $__00.00___/month (Months _1__ to __12__ )
Pay $__140.00__/month (Months_13__ to __60__ )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Direct payment to: Bank of America (acc# 71031320) for property located at: 7460 NW 41 Court, Lauderhill, Florida.  Direct payment to Space Coast/Eastern Financial Credit Union (acc# xxxx-2122) for property located at: 7460 NW 41 Court, Lauderhill, Florida._____
I declare that the foregoing chapter 13 plan is true and correct.

_____          /s/ John Bristol
Debtor                                                  Signed by attorney with consent and authority of debtor